IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC.# 3:06mc05-V

FILED
CHARLOTTE, N. C.
JAN 13 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

FOR THE MATTER OF THE DESTRUCTION
OF ITEMS SEIZED BY THE U.S. PROBATION
OFFICE FOR THE WESTERN DISTRICT OF
NORTH CAROLINA

## ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the need to destroy items which were seized by U.S. Probation Officers during the performance of their official duties. The attached list of weapons which are identified by serial number, manufacturer, model number, description and corresponding case will be destroyed under the guidelines of the of the Administrative Office of the U.S. Courts (AO).

Now; therefore, IT IS ORDERED that the U.S. Probation Office destroy the identified items using the procedures set forth by the AO.

This Order shall take effect immediately.

IT IS SO ORDERED this 12th day of January, 2006.

Richard L. Voorhees
Chief U.S. District Court Judge

# Miscellaneous Seized Items for Destruction Needing a Court Order

## ASHEVILLE/BRYSON CITY OFFICES

### USPO Scott Aldridge's Cases
**Peter Henson**, PACTS #7877, Docket # 1:99CR68; Subject convicted of receive or distribute pictures transported in interstate or foreign commerce, depicting minors engaged in sexually explicit conduct. I heard from subject's treatment provider subject had bought camera with the intent of taking pictures of children. I confronted subject with this information on 4/13/05 and he admitted. Camera was seized that day. Property receipt given to subject. **Item is a Polaroid One instant camera. Silver in color.** No serial or other identifying numbers. Subject is still under active TSR supervision. Peter was told at the time of the seizure the camera would be destroyed.

**Linda J. Marlowe**, PACTS #6275 Docket #4:98CR87; Subject convicted of Conspiracy to Possess Marijuana with Intent to Sell or Deliver. While conducting a home visit on 10/27/99 less than one gram of marijuana was observed in subject's living room. She was charged with the possession of the marijuana. Probation was revoked 4/12/00 and subject given 10 months. **Item to be destroyed is less than one gram of marijuana.** File is in archives. Additional information not available.

### USPO Jeff Naber's Case
**Christopher Hoskins** - PACTS #10139, Docket #99:AOPH-6504M, On 11/14/01 I seized **one Crown Royal bag, one black pocket knife, one drug pipe, and a very small amount of marijuana** from S at his residence (plain view). 12/10/01 Revocation Hearing, case closed, no violation found, case termination date was 12/3/01.

## STATESVILLE OFFICE

### USPO Gerald Patton's Case
**Travis Marcus Lock**, PACTS# 10969; Docket # 3:02CR009-1; Detained beginning 2-6-02; Sentenced to 90 months imprisonment on 8-21-03 for Felonious Possession of Firearm. On 8-14-02, Officer Support Specialist Linda Sample received a 9.5 x 6 inch U.S. District Court Statesville envelope in the mail that had been returned by the U. S. Post Office with a stamp that additional postage was needed. The envelope was addressed to Travis Lock, 2351 Morganton Blvd. Lenior, NC 28645 which is the address for Caldwell County Sheriff's Office Detention Center. The envelope contained **one plastic bag with a small amount of brown vegetable matter believed to me marijuana.** The bag was turned over to Supervisor Chris Nickel who contacted the U.S. Postal Inspector, but an investigation was never opened.

When soliciting documents from defendants to prepare presentence reports, the Probation Office mails defendants U.S. Probation Office envelopes with prepaid postage for the defendant to return the requested document back to the Probation Office.

It is surmised that some unknown person used the mailing label to defendant Travis Lock and attached the label to the prepaid postage U.S. Probation office envelope as a means to get the

marijuana to Travis Lock in the Caldwell County Detention Center without the envelope being opened and checked. However, the package did not have sufficient postage for mailing to the Detention Center and was returned to the Probation Office.

## CHARLOTTE OFFICE

### USPO Terri Hedrick's Case
**Tim Eidson,** PACTS # 4126; Docket # 0419/3:96CR00154-015; Sentenced on 10/22/97 to 72 months imprisonment for Possession of Controlled Substance. On 9/23/03, U.S. Probation Officer Hedrick, along with Dallas Police Department Officers Wells and Dowd went to subject's residence. Subject was seen at his residence, along with his mother and brother for the purpose of confronting him about possible dilaudid use and also to conduct a search. Recovered were two boxes of syringes and miscellaneous papers with written amounts of money that people owe him. Property receipt given to subject. Subject's supervised release was revoked on 1/14/05. **"Items to be destroyed - 1 box of Reli Syringes and miscellaneous papers."**

### USPO Lisa Morris' Cases
**Marvin Marco Graham,** PACTS # 2075; Docket # 3:94CR00115-008; Sentenced on 7/10/95 to 60 months imprisonment for Sell, Distribute or Dispense Narcotics. On 10/26/01, subject reported to the office to see U.S. Probation Officer Morris. Upon arrival, subject was asked for consent to search his vehicle and residence. Subject signed Consent. His car was searched and $2086.00 in U.S. currency was located in the glove box and a cell phone was located in drink holder of center console. Subject accompanied officers from the office to his apartment. Seized from his apartment were 15 rounds PMC .380 ammunition, set of drug scales, cellophane baggie containing marijuana, a marijuana blunt, Bryco 58 9mm handgun, 8 rounds 9mm ammunition and clip, $7000 in U.S. currency, set of electronic scales and miscellaneous paperwork relating to various vehicle purchases. Subject was given a receipt for all evidence collected from vehicle and residence. The 9mm Bryco 58 handgun with Serial # 998852, 8 rounds 9mm ammunition and clip, $7000 U.S. currency from apartment, $2086.00 U.S. currently from automobile and the cell phone were turned over to ATF Agent Rodney Blacknall on 10/26/01. Subject appeared before Judge Mullen on 4/27/04 for final revocation hearing. He was sentenced to 168 months on a new federal indictment for Money Laundering, Conspiracy and a Gun Charge. His TSR warrant was stricken and the violation report was dismissed. The case expired on 11/16/03 and, therefore, his TSR was closed. **"Items to be destroyed are 15 rounds PMC .380 ammunition, set of drug scales, cellophane baggie of marijuana, a marijuana blunt, a set of electronic scales and miscellaneous paperwork."**

**Donald Robert Castle,** PACTS # 5763; Docket 0419/3:98CR00224-001; Sentenced on 10/12/99 to 8 months imprisonment for Obscene Material in Interstate Commerce. Subject was court-ordered not to have access to any computer with internet access. Upon completing home inspection on 11/13/00, subject surrendered to U.S. Probation Officer Morris one U.S. Robotics Model 0460, Serial # 107599-011 modem to hold while subject was on TSR. He was provided a receipt for same. Subject relocated to the District of South Carolina on 12/1/01 and his case has since expired on 10/22/03. He has not requested the modem be returned. **"Item to be destroyed - one U.S. Robotics Model 0460, Serial # 107599-001 modem."**

### USPO Jim Kent's Cases
**Luke Rumfelt**, PACTS # 6910; Docket # 3:98CR00306-001; Sentenced on 6/15/00 to 46 months imprisonment for Obscene Material in Interstate Commerce. On 11/8/02, U.S. Probation Officer Lisa Morris and Kent searched subject's residence with his consent. Subject was on supervision for Internet Child Pornography and the following contraband was seized: one rusted and black knife, one stainless steel letter opener knife, one catalog Volume XLII World Famous Gift Catalog, one catalog, Cherry Blossom, and 5 CD's. Subject was given a receipt for same. Subject's supervision expired and he his case was closed on 2/26/05. **"Items to be destroyed; 1 rusted and black knife, one stainless steel letter opener knife, 2 catalogs, and 5 CDs."**

dcuspo/disposed of items/misc seized items for destruction....